AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>HORACIO M. NETO<br>A/K/A HORATIO M. NETO<br>A/K/A "MARCELO"<br>(DOB: -/-/1965)<br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 05m-1093-JGD |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **6/10/05 and 7/15/05** in **Middlesex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense) knowingly transfer false identification documents knowing that such documents were produced without lawful authority,

in violation of Title **18** United States Code, Section(s) **1028(a)(2)**.

I further state that I am a(n) **ICE Special Agent** and that this complaint is based on the following
Official Title
facts:

See attached Affidavit of Special Agent Matthew J. McCarthy.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

8/9/05                                          at       Boston, MA
Date                                                    City and State

JUDITH G. DEIN, U.S. MAGISTRATE JUDGE          _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** __II__   **Investigating Agency** __ICE__

**City** __Marlborough__   **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __HORACIO M. NETO__   Juvenile   ☐ Yes   ☒ No

Alias Name __HORATIO M. NETO; "MARCELO"__

Address __110 Boston Post Road East, Apt. 206, Marlborough, MA 01752__

Birth date (Year only): __1965__   SSN (last 4 #): __0699__   Sex __M__   Race: __Portuguese__   Nationality: __Brazil__

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Antoinette E.M. Leoney__   Bar Number if applicable __545567__

**Interpreter:**   ☒ Yes   ☐ No   List language and/or dialect:   __Portuguese/Brazilian__

**Matter to be SEALED:**   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 9, 2005   Signature of AUSA: _/s/ Antoinette Leoney_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    HORATIO M. NETO, A/K/A HORATIO M. NETO, A/K/A "MARCELO"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1028(a)(2) | Transfer of False Identification Documents | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

crim.cov.JS45.wpd - 1/15/04 (USAO-MA)