UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) MAGISTRATE NO. 05m-1093-JGD |
| v. | ) |
| | ) |
| HORACIO M. NETO, | ) |
| A/K/A HORATIO M. NETO,. | ) |
| A/K/A "MARCELO," | ) |
| | ) |
| Defendant. | ) |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the criminal complaint, supporting affidavit, arrest warrant, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
(617) 748-3103

Date: August 9, 2005

*[handwritten margin note: 8/9/05 allowed / Judith Gail Dein USMJ]*