UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) MAGISTRATE NO. 05M-1093-JGD |
| v. | ) |
| | ) |
| HORACIO M. NETO, | ) |
| A/K/A HORATIO M. NETO,. | ) |
| A/K/A "MARCELO," | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

The government respectfully moves to unseal the criminal complaint, supporting affidavit, arrest warrant, the JS-45 criminal case cover sheet, this motion and the Court's order on this motion, and any other related paperwork in this case filed with this Court on or about August 9, 2005. As grounds therefor, the government states that the defendant has been arrested pursuant to a warrant issued by this Court, and there is no further need to maintain the secrecy of the criminal complaint, supporting affidavit, arrest warrant, the JS-45 criminal case cover sheet, this motion and the Court's order on this motion, and any other related paperwork.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
(617) 748-3103

Date: August 10, 2005

*Dein, M.J.*
MOTION ALLOWED
By the Court
/s/ Deputy Clerk
8/10/05