AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA
V.
Horacio Neto

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05m - 1093 - JGD

I, __Horacio Neto__, charged in a ☒ complaint ☐ petition pending in this District __Massachusetts__ in violation of __18__, U.S.C., __1028(a)(2)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ___ ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

X _Horacio Maia Neto_
Defendant

__August 16, 2005__
Date

X _[signature]_
Counsel for Defendant